UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 1-07-M-07A
:
ROBERT PETRINO, SR. :

**ORDER**

This matter was heard on January 26, 2007 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, ROBERT PETRINO, SR., should be removed to the Southern District of New York to answer a complaint filed against him in that District (CR No. 07-MAG-0129). The Defendant, being advised of his rights by the Court and assisted by counsel, Mary McElroy, Esquire, having waived his right to an identity hearing and a preliminary examination in this District, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Southern District of New York for a prompt appearance before U.S. Magistrate Judge Gabriel W. Gorenstein.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 26, 2007

PER ORDER,

Jeannine Noel, Deputy Clerk