

| David A. DiMarzio<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>*District of Rhode Island* | Paulette J. Dube<br>Chief Deputy Clerk |
|---|---|---|

January 30, 2007

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

             RI Case # 1:07-MJ-07A
             Your Docket No. 07-MAG-129-GWG

On January 26, 2007, Magistrate Judge Lincoln D. Almond conducted a Rule 5 hearing in 1:07-MJ-07A, ~~Clara Vasquez.~~

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7217.

             Sincerely,

FEB 06 2007

             DAVID A. DIMARZIO

             By: _____
               Jeannine Noel, Deputy Clerk

RECEIVED

---

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

Gilbert Quan, Deputy Clerk